UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA REYES
Alexandria, VA 22310                              )
CIS File No. A94-130-215                          )
                                                  )
Plaintiff                                         )        Civ. No.
                                                  )
v.                                                )
                                                  )
PHYLLIS HOWARD                                    )
District Director                                 )
US Citizenship & Immigration Services             )
2675 Prosperity Avenue                            )
Fairfax, VA 22031                                 )
                                                  )
MICHAEL CHERTOFF, Secretary                       )
U.S. Department of Homeland Security              )
425 Murray Drive, Building 410                    )
Washington, DC 20528                              )
                                                  )
EMILIO T. GONZALEZ, Director                      )
U.S. Citizenship and Immigration Services         )
20 Massachusetts Avenue, N.W.                     )
Washington, DC 20529                              )
                                                  )
ROBERT S. MUELLER, Director                       )
Federal Bureau of Investigation                   )
J. Edgar Hoover Building                          )
935 Pennsylvania Avenue, N.W.                     )
Washington, DC 20535                              )
                                                  )
Defendants                                        )
_____)


**VERIFIED COMPLAINT FOR MANDAMUS AND DECLARATORY JUDGMENT**

1.  This action is brought against Defendants to compel action on an application for lawful

    permanent resident status properly filed by the plaintiff and received by the defendants on

    December 31, 2001. The application remains within the jurisdiction of the defendants,

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
tragland@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

who have improperly withheld action on the application for over four years to the detriment of the plaintiff.

## JURISDICTION AND VENUE

2.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal subject matter jurisdiction), in conjunction with 28 U.S.C. § 1361 (mandamus), the Administrative Procedure Act ("APA") at 5 U.S.C. §§ 555(b) and 702, and the Immigration and Nationality Act ("INA") and its related regulations.

3.   Under 28 U.S.C. § 1361, "[t]he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."  Section 242 of the INA, as amended by section 106 the Emergency Supplemental Appropriations Act for Defense, the Global War of Terror, and Tsunami Relief, Pub. L. 109-13 (May 11, 2005), does not deprive this Court of jurisdiction.  INA § 242(a)(5) states that "a petition for review filed with an appropriate court of appeals in accordance with this section, shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provision of this Act."  As the present action is not an action to review a removal order but simply an action to compel U.S. Citizenship and Immigration Services (CIS) to adjudicate a long and unreasonably delayed application, this Court retains original mandamus jurisdiction under 28 U.S.C. § 1361.

4.  The APA requires CIS to carry out its duties within a reasonable time.  5 U.S.C. § 555(b) provides that "[w]ith due regard for the convenience and necessity of the parties or their representatives and *within a reasonable time*, each agency shall proceed to conclude a matter presented to it."  (Emphasis added). CIS is subject to 5 U.S.C. § 555(b).  As set

forth below, the delay in processing the Plaintiff's application for adjustment of status is unreasonable.

5.  Venue is proper under 28 U.S.C. §1391(e), because this is an action against officers and agencies of the United States in their official capacities, brought in the district where a Defendant resides and where a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred.  The Defendant Phyllis A. Howard is sued in her official capacity as District Director of the Washington Field Office of U.S. Citizenship and Immigration Services, a United States federal agency and resident in this district.  The Defendant Emilio T. Gonzalez is sued in his official capacity as Director of U.S. Citizenship and Immigration Services, a United States federal agency and resident in this district.   The Defendant Michael Chertoff is sued in his official capacity as Secretary of the U.S. Department of Homeland Security ("DHS"), a United States federal agency and resident in this district.  The Defendant Robert S. Mueller is sued in his official capacity as Director of the Federal Bureau of Investigation ("FBI"), a United States federal agency and resident in this district.   Moreover, this lawsuit challenges the Defendants' unreasonable failure to adjudicate the Plaintiff's application for adjustment of status. Because national policy concerning adjudication of applications for immigration benefits is formulated by the DHS and implemented by CIS in Washington, D.C., and both are federal agencies, venue is proper in this district.

## **PARTIES**

6.   PLAINTIFF, MARIA REYES, is a citizen of El Salvador, born on May 12, 1972, who resides in Alexandria, Virginia and is employed by Crystal Quarters Corporate Housing, which filed an immigrant petition on her behalf.  Plaintiff arrived in the United States at

the age of sixteen, fleeing the war in El Salvador. Plaintiff has been greatly damaged by the failure of the Defendants to adjudicate her application within a reasonable period of time. *See generally* Exh. 1.

7. DEFENDANTS, PHYLLIS HOWARD, District Director of the CIS Washington Field Office having jurisdiction over the District of Columbia and the Commonwealth of Virginia; MICHAEL CHERTOFF, Secretary, DHS; and EMILIO T. GONZALEZ, Director, CIS are charged by law with the statutory obligation to determine eligibility for adjustment of status to lawful permanent resident status. *See e.g.*, 8 U.S.C. § 1103; 8 C.F.R. § 245.6; 8 C.F.R. § 245.2(5)(i). The DHS and CIS received Plaintiff's application for adjustment of status and have jurisdiction over her case. *Id.* CIS is the agency of the DHS responsible for adjudicating adjustment of status applications under the INA and has the sole authority to do so. *See* 8 C.F.R. § 245.2(a)(1) (requiring any alien who believed he or she meets the eligibility requirements of INA § 245 of the Act to apply to the director having jurisdiction over his or her place of residence). ROBERT MUELLER is the Director of the FBI in the U.S. Department of Justice. The FBI is the agency responsible for completing both fingerprint and name and date of birth checks for CIS on applications for adjustment of status.

## **FACTS**

8. The Plaintiff filed an application for adjustment of status ("Application") with the Vermont Service Center ("VSC") of the Immigration and Naturalization Service ("INS") on December 31, 2001. *See* Exh. 1. The application for adjustment of status was based upon an immigrant petition filed by the Plaintiff's employer, Crystal Quarters, which INS approved on November 8, 2001. *See* Exh. 2.

9.  On January 8, 2003, the VSC transferred the Plaintiff's Application to the Washington District Office of CIS for further processing, but failed to inform the Plaintiff.  On September 15, 2003, the Plaintiff, through counsel, inquired with CIS regarding the status of her Application and was informed by letter dated September 24, 2003 that the Application had been transferred to the Washington District Office.  *See* Exh. 3.  On October 7, 2003, the VSC also sent the Plaintiff notification that the Application had been sent to the Washington District Office.  *See* Exh. 4.

10. On May 20, 2004, District Adjudication Officer Gregory Gaut of the Washington District Office interviewed the Plaintiff on her Application and informed her that the Application remained pending, subject to completion of her name check by the FBI.  *See* Exh. 5.

11. On May 28, 2005, CIS sent the Plaintiff notification that her Application remained pending, because her name check had still not been returned by the FBI.  *See* Exh. 6.

12. On September 17, 2004, the Plaintiff attended an Infopass appointment at the Washington District Office to inquire about the status of her case.  *See* Exh. 7. The CIS Officer informed her that the name check remained pending.

13. On August 25, 2005, the Plaintiff again attended an Infopass appointment at the Washington District Office to inquire about the status of her case.  *See* Exh. 8.  Once again, the CIS Officer informed her that the name check remained pending.

14. On July 12, 2006, the Plaintiff, through counsel, sent an inquiry to the Washington District Office to inquire about the status of her case.  *See* Exh. 9.  The Plaintiff has received no response.

**CAUSE OF ACTION**

15. The Plaintiff is entitled to adjust her status pursuant to 8 U.S.C. §1151(b)(2)(A)(i) and §1255(a).

16. The Defendants have sufficient information to determine the Plaintiff's eligibility for adjustment of status pursuant to applicable requirements. Notwithstanding, the Defendant CIS has unreasonably delayed and refused to adjudicate the Plaintiff's application for over four years, thereby depriving the Plaintiff of her right to a decision on her immigration status and the peace of mind to which she is entitled.

17. The Defendants' inaction in the Plaintiff's case has caused inordinate and unfair amounts of stress, expense, and hassle for the Plaintiff, who is entitled to adjust her status to lawful permanent resident.

**CLAIMS**

18. The Defendant CIS has willfully and unreasonably failed to adjudicate the Plaintiff's application for adjustment of status for over four years, thereby depriving the Plaintiff of her rights under 8 U.S.C. §1151(b)(2)(A)(i) and §1255(a). Pursuant to 5 U.S.C. §555(b) and §702 (APA), "[w]ith due regard for the convenience and necessity of the parties or their representatives and *within a reasonable time*, each agency shall proceed to conclude a matter presented to it." (Emphasis added).

19. The Defendant CIS owes the Plaintiff a duty to adjudicate her adjustment of status application and has unreasonably failed to perform that duty. *See Donovan v. United States*, 580 F.2d 1203, 1208 (3d Cir. 1978) (holding that mandamus is an appropriate remedy whenever a party demonstrates a clear right to have an action performed by a government official who refuses to act).

20. This Court should grant the Plaintiff's writ of mandamus because the Plaintiff has no alternative means to obtain adjudication of her adjustment application and her right to issuance of the writ is "clear and indisputable." *Allied Chemical Corp. v. Daiflon Inc.*, 449 U.S. 33, 35 (1980).

21. Both the regulations and the INA provide numerous examples of duties owed by CIS in the adjustment of status process. 8 U.S.C. §1103 provides that "[t]he Secretary of Homeland Security *shall* be charged with the administration and enforcement of this Act and all other laws relating to the immigration and naturalization of aliens[.]" (Emphasis added). The Code of Federal Regulations provides that "[e]ach applicant for adjustment of status . . . *shall* be interviewed by an immigration officer." 8 C.F.R. §245.6 (emphasis added). The regulations further provide that "the applicant *shall* be notified of the decision of the director and, if the application is denied, the reasons for the denial." 8 C.F.R. §245.2(5)(i) (emphasis added). The language of the statute and the above-cited regulations is mandatory, not discretionary, and the Defendants have a clear duty to adjudicate the application for adjustment of status pending before them. *See First Federal Savings and Loan Association of Durham v. Baker*, 860 F.2d 135, 138 (4th Cir. 1988).

22. The Plaintiff is entitled to action on her pending adjustment of status application, because an unreasonable amount of time has passed since the CIS Washington Field Office interviewed her on May 22, 2004, and CIS has, to date, failed to make a determination on her Application.

WHEREFORE, the Plaintiff prays that the Court:

1. Compel the Defendants and those acting under them to perform their duty to adjudicate the Plaintiff's adjustment of status application;

2. Grant such other and further relief as this Court deems proper under the circumstances; and

3. Grant attorney's fees and costs of Court to the Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this 15th day of February 2007,

MARIA REYES

*By counsel,*

Thomas K. Ragland
DC Bar Number: 501021

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
Phone: (202) 483-0053
Fax: (202) 483-6801
tragland@maggio-kattar.com

*Counsel for Plaintiff*

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-02-088-50835 | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIVED DATE December 31, 2001 | PRIORITY DATE |
| NOTICE DATE January 17, 2002 | PAGE 1 of 1 | APPLICANT A95 364 641 REYES, MARIA |

CLAUDIA J. ZUCKER MS
ATTORNEY AT LAW
1840 WILSON BLVD SUITE 205
ARLINGTON VA 22201

Notice Type: Receipt Notice

Amount received: $ 1245.00

Section: Adjustment as direct
beneficiary of immigrant
petition

The above application or petition has been received. [...] takes 365 to 540 days from the date of this receipt [...]
us to process this type of case.  Please notify us immed[...] [...] any of the above information is incorrect

We will send you a written notice as soon as we make [...]cision on this case.  You can also use the phone number [...]
527-4913 to obtain case status information direct fro[...] [...] system 24 hours a day with a touch-tone phone and
the receipt number for this case (at the top of this [...]

If you have other questions about possible immigration [...] [...] services, filing information, or Immigration and
Naturalization Service forms, please call the INS National [...]mer Service Center (NCSC) at 1-800-375-5283.  [...]
hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the [...] [...]: www.ins.usdoj.gov.  Here, you can find valuable
information about forms and filing instructions, and abo[...] [...]l immigration services and benefits.  At present, thi[...]
site does not provide case status information.

800 375-52[...]

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Immigration and Naturalization Service

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | |
|---|---|---|---|
| EAC-01-253-53984 | | I140 IMMIGRANT PETITION FOR ALIEN WORKER | |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| August 23, 2001 | March 15, 2001 | SMART MGT D B A CRYSTAL QUARTERS |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| November 8, 2001 | 1 of 1 | A094 130 215 REYES, MARIA |

MS CLAUDIA J. ZUCKER ATTORNEY AT LAW
1840 WILSON BLVD SUITE 201
ARLINGTON VA 22201

Notice Type: Approval Notice
Section: Skilled Worker or
Professional,
Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this form should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that need consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797 (Rev. 09/07/93)N



U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

*Vermont Service Center*
*75 Lower Welden Street*
*St. Albans, VT 05479*

September 24, 2003

MARIA REYES
5912 AMBASSADOR WAY
ALEXANDRIA, VA 22310

Dear Maria Reyes:

On 09/15/2003 you, or the designated representative shown below, contacted BCIS about your case. Some of the key information given to us at that time was the following:

Person who contacted us:
Case type:                                  ZUCKER, CLAUDIA, J
Filing date:                                I-485 OTHER
Receipt #:                                  12/31/2001
Beneficiary (if you filed for someone else): EAC0208850835
Your BCIS Account Number:
Type of Service Requested:                  CASE STATUS

The status of this service request is:

Your petition/application was transferred to the Immigration office listed below on Janaury 8, 2003. Please address your inquiry to:

U.S. Citizenship & Immigration Services
Washington District Office
4420 North Fairfax Drive
Arlington VA  22203

For future status inquiries of a petition or application filed at this Center, or for live assistance from an Information Officer, you may want to utilize our automated phone system by calling (800) 375-5283. If you would like to obtain forms or filing instructions please visit our web site at www.immigration.gov (forms can be downloaded from this site).

Please remember that every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in form AR-11.

Sincerely,

*Sandra T. Bushey*

Sandra T. Bushey
Center Director

cc:     CLAUDIA ZUCKER MS
        ATTORNEY AT LAW
        1840 WILSON BLVD SUITE 205

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-02-088-50835 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>January 17, 2002 | PRIORITY DATE | APPLICANT  A95 364 641<br>REYES, MARIA |
| NOTICE DATE<br>October 7, 2003 | PAGE<br>1 of 1 | |

MARIA REYES
5912 AMBASSADOR WAY
ALEXANDRIA VA 22310

**Notice Type:**   Transfer Notice

Preliminary processing of the above application or petition has been completed, and it has been transferred to the
office at

    Room 210, 4420 North Fairfax Drive, Arlington, VA 22203

    Telephone: (702) 307-1501

That office will notify you when they schedule an interview on the application or petition.  Any further inquiries
should be made to that office.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



A94 130 d

**U.S. Department of Homeland Security**
United States Citizenship and Immigration Services

*4420 N. Fairfax Drive*
Arlington, VA 22203

File Number: A95364641
Date: April 23, 2004

MARIA  REYES
5912 AMBASSADOR WAY
ALEXANDRIA, VA 22310

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:

Washington District Office
4420 N. Fairfax Drive, 3rd Floor
Arlington, VA 22203

DATE AND TIME:

05/20/04
10:15 AM

OFFICER:

GAUT
District Adjudications Officer

REASON FOR APPOINTMENT:    Application for Adjustment of Status Interview

**THIS INTERVIEW WILL BE VIDEOTAPED.**
PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

X    THIS LETTER, YOUR PASSPORT, AND YOUR I-94 (ARRIVAL/DEPARTURE FORM). IF ANY

X    MEDICAL EXAM RESULTS, FORM I-693. APPEAR EVEN IF NOT COMPLETED.

X    FEDERAL INCOME TAX RETURNS FOR THE PREVIOUS THREE YEARS WITH W-2'S.

X    A CURRENT LETTER OF EMPLOYMENT FOR YOU AND/OR YOUR SPOUSE SHOWING RATE OF
     PAY AND HOURS PER WEEK.

X    CERTIFIED COPY OF THE COURT DISPOSITIONS OF ALL ARRESTS, IF APPLICABLE.

     YOUR SPOUSE AND EVIDENCE OF A COMMON RESIDENCE AND SHARED LIFE (INCLUDE
     PHOTOS).

OU MUST BRING THE ORIGINAL AND ONE CLEAR COPY OF ALL DOCUMENTS SUBMITTING FOR EXAMINATION
HE OFFICER WILL NOT COPY ANY DOCUMENTS!

:: CLAUDIA J. ZUCKER

**ATTACHMENT TO INTERVIEW NOTICE**

U.S. Department of Homeland Security
O. N. r . Tax Drive
..ngton , A, 22203



U.S. Citizenship
and Immigration
Services

**Interviewing Officer:** Gregory Gaut

NAME AND ADDRESS OF APPLICANT/PETITIONER
**MARIA REYES & OSMIN CRUZ**

NAME OF BENEFICIARY
**Self**

DATE
**May 28, 2004**

FILE No.
**A 95364641 & 94417500**

FORM No.
**I-485**

PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS.

☐ 1. Furnish two (2) color photographs. These photos must have a white background, must be glossy, un-retouched, and not mounted. Dimension of the facial image should be about one (1) inch from chin to top of hair or head, shown in ¾ frontal view of right side of face, with right ear visible. Using a pencil or felt pen, print alien registration receipt number (if known) and name on back of each photograph. You should show these instructions to the photographer who takes the pictures.

☐ 2. Furnish the birth certificate of _____. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate.

☐ 3. Furnish evidence of lawful entry into the United States.

☐ 4. Furnish form I-864, Affidavit of Support from your ☐ sponsor/ ☐ cosponsor. Include current letters of employment from all their current employers on the company letterhead to include: dates of employment, the nature of the job, wages or salary earned, number of hours/weeks worked, and prospects for future employment and advancement. It is this current employment income that should be used to determine whether a sponsor meets the income requirements for Form I-864. Also include tax returns and W-2's for the following years: ☐ 2003, ☐ 2002, ☐ 2001, ☐ 200

☐ 5. Furnish current letters of employment from all current employers for ☐ you/ ☐ your sponsor/ ☐ your cosponsor on the company letterhead to include dates of employment, the nature of the job, wages or salary earned, number of hours/weeks worked, and prospects for future employment and advancement. It is this current employment income that should be used to determine whether a sponsor meets the income requirements for Form I-

☐ 6. Furnish tax returns and W-2's for the following years: ☐ 2003, ☐ 2002, ☐ 2001.

☐ 7. Furnish form I-693, Medical Examination along with the supplemental immunization worksheet.

☐ 8. Furnish an ☐ I-212, Application for Permission to Reapply for Admission into the United States After Deportation or Removal/
☐ I-601, Application for Waiver of Ground of Excludability to include supporting documentation "DEMONSTRATING EXTREME HARDSHIP

☐ 9. Furnish your I-797 notice of **APPROVAL** containing your priority date in the corresponding box of the form.

☐ 10. Furnish the marriage **REGISTER** of _____.

☐ 11. Furnish proof of death or legal termination of marriage of _____.

☐ 12. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate.

☒ 13. G-325 FBI Name Check (There are no means in which to predict the amount of time security checks will require to clear; therefore, please wait 180 days after the date of interview before making an inquiry).
☐ FBI Rap Sheet (Please wait 180 days after the date of interview before making an inquiry).

☒ 14. MARIA'S NAMECHECK IS PENDING AND WE ARE WAITING FOR THE PERMANENT FILE FOR OSMAN TO BE TRANSFERRED FROM ANOTHER OFFICE AND MARIA'S SECOND FILE IS HERE BUT MUST BE LOCATED.

☐ 15. You have until _____ to submit the requested documents or your application will be denied. Please wait 120 days after the date of interview before making an inquiry.

☒ 16. Please hand deliver all requested documents to the 3rd floor or mail all requested documents to: U.S. Department of Homeland Security 4420 N. Fairfax Drive Arlington, VA 22203, in a sealed envelope clearly marked with your Alien number, name and to the attention of Officer Gaut. If you hand deliver the documents, place them in the slot in room 311 where you placed your appointment letter. If the processing time stated above elapses and you have not been notified by this office about your case, you may make an appointment to inquire about your case by calling 1-800-375-5283. Upon completion of your case, you will receive notification of the decision reached in your case.

SINCERELY,

*Phyllis A. Howard*

PHYLLIS A. HOWARD
DISTRICT DIRECTOR SERVICES

FORM RFE
(REV 3-3-04)

Copy Mailed to Attorney or Representative:

**PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH
YOUR RESPONSE**

InfoPass





Name:                    **Maria Reyes**

Appointment Type:

Confirmation No.:        **WAS-04-2161**         Authentication Code:     **5aad**

Appointment Date:        **September 17, 2004**    Appointment Time:        **10:00 AM**

Location:                **4420 NORTH FAIRFAX DRIVE, Arlington, VA 22203; LOBBY - Room 102**

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

This is your Confirmation Number:

```
*WAS-04-2161*
```

If you wish to cancel this appointment, you will need the following Personal Identification Number:
*22835*

Thank you for using InfoPass
Return to USCIS On-Line



**Click here to print this screen**

| | |
|---|---|
| Name: | **Maria Reyes** |
| Appointment Type: | **General Information** |
| Confirmation No.: | **WAS-05-25244**          Authentication Code:   **5a01** |
| Appointment Date: | **August 25, 2005**          Appointment Time:   **8:00 AM** |
| Location: | **2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102** |

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031

This is your Confirmation Number:

**\* H A S - 0 5 - 2 5 2 4 4 \***

ms. Hawkins   703 - 285 - 6088

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*68429*

Make a New Appointment
Thank you for using InfoPass
Return to USCIS On-Line

Please no ticket number / see officer Hawkins

https://infopass.uscis.gov/infopass.php?schednum=590407                    8/11/2005



**e&m**
Elliot & Mayock LLP

July 12, 2006

VIA E-MAIL ▬▬▬▬▬▬
AND CERTIFIED MAIL
RETURN RECEIPT REQUESTED

The Honorable Phyllis A. Howard
District Director Services
Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, Virginia 22031

     Re:   Maria REYES
           CIS File No. A094 130 215
           Our File No. 5746

Dear Ms. Howard:

      On behalf of my above-named client, enclosed is my notice of appearance.

      Ms. Reyes filed her permanent residence application with the Vermont Service Center on January 17, 2002. She was then interviewed by your office for her permanent residence application on May 20, 2004. Thereafter, she delivered the additional documents requested to support her permanent residence application.

      Inasmuch as it has been over two years since the date of Ms. Reyes' permanent residence interview, request is respectfully made that you advise me of the status of this matter and when Ms. Reyes' permanent residence application will be adjudicated.

      Thank you for your assistance in this matter.

      Sincerely yours,

      THOMAS A. ELLIOT

TAE/des
Enclosure
cc: Ms. Maria Reyes

<u>VERIFICATION</u>

I, Maria Reyes, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Complaint for

Mandamus and Declaratory Judgment on Adjustment of Status Application, upon

information and belief.

Dated: ___2/10/07___

Place: ___Alexandria, VA___


_____
MARIA REYES

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Maria REYES | Phyllis HOWARD; Michael CHERTOFF; Emilio GONZALEZ; Robert MUELLER |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF City of Alexandria (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Thomas K. Ragland MAGGIO & KATTAR 11 Dupont Circle NW Suite 775 Washington, DC 20036 (202) 483-0053 | U.S. Attorneys 555 4th Street NW Washington, DC 20530 |

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

◉ 2 U.S. Government Defendant

○ 3 Federal Question (U.S. Government Not a Party)

○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ◉ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury ☐ 362 Medical Malpractice ☐ 365 Product Liability ☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act **Social Security:** ☐ 861 HIA ((1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g) **Other Statutes** ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act ☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment. *(If Antitrust, then A governs)* |

### ◉ E. *General Civil (Other)*    OR    ○ F. *Pro Se General Civil*

| **Real Property** ☐ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent, Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property **Personal Property** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | **Bankruptcy** ☐ 422 Appeal 28 USC 158 ☐ 423 Withdrawal 28 USC 157 **Prisoner Petitions** ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition **Property Rights** ☐ 820 Copyrights ☐ 830 Patent ☐ 840 Trademark **Federal Tax Suits** ☐ 870 Taxes (US plaintiff or defendant ☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty** ☐ 610 Agriculture ☐ 620 Other Food &Drug ☐ 625 Drug Related Seizure of Property 21 USC 881 ☐ 630 Liquor Laws ☐ 640 RR & Truck ☐ 650 Airline Regs ☐ 660 Occupational Safety/Health ☐ 690 Other **Other Statutes** ☐ 400 State Reapportionment ☐ 430 Banks & Banking ☐ 450 Commerce/ICC Rates/etc. ☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations ☐ 480 Consumer Credit ☐ 490 Cable/Satellite TV ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange ☐ 875 Customer Challenge 12 USC 3410 ☐ 900 Appeal of fee determination under equal access to Justice ☐ 950 Constitutionality of State Statutes ☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. § 1361; 5 U.S.C. § 555(b) Complaint for a Writ of Mandamus

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ ☐ Check YES only if demanded in complaint    JURY DEMAND: YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE 2/15/07    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.