AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/16/2007 |
| NAME OF SERVER *(PRINT)* Thomas K. Ragland | TITLE Senior Attorney |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☒  Other (specify): __Via first class U.S. mail, postage pre-paid,__
__return receipt requested__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/16/07__          _____
             Date                Signature of Server

MAGGIO & KATTAR
11 Dupont Circle NW Suite 775
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| e items 1, 2, and 3. Also complete Restricted Delivery is desired. r name and address on the reverse e can return the card to you. s card to the back of the mailpiece, ont if space permits. ssed to: onzalez, Director ship and Immigration Services setts Avenue, N.W. DC 20529 | A. Signature X _____ B. Received by (Printed Name) DHS D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No Service Type ☒ Certified Mail  ☐ Express Mail ☐ Registered  ☒ Return Receipt for Merchandise ☐ Insured Mail  ☐ C.O.D. 4. Restricted Delivery? (Extra Fee)  ☐ Yes | ☐ Agent ☐ Addressee C. Date of Delivery 2-22-07 |

2004    Domestic Return Receipt    102595-02-M-1540