UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA REYES                                              )<br>Alexandria, VA 22310                              )<br>CIS File No. A94-130-215                        )<br>                                                                      )<br>           Plaintiff,                                         )<br>                                                                      )<br>                                                                      )<br>PHYLLIS HOWARD                                   )<br>District Director                                          )<br>US Citizenship & Immigration Services  )<br>2675 Prosperity Avenue                          )<br>Fairfax, VA 22031                                     )<br>                                                                      )<br>MICHAEL CHERTOFF, Secretary         )<br>U.S. Department of Homeland Security  )<br>425 Murray Drive, Building 410              )<br>Washington, DC 20528                             )<br>                                                                      )<br>EMILIO T. GONZALEZ, Director          )<br>U.S. Citizenship and Immigration Services )<br>20 Massachusetts Avenue, N.W.             )<br>Washington, DC 20529                            )<br>                                                                      )<br>ROBERT S. MUELLER, Director          )<br>Federal Bureau of Investigation              )<br>J. Edgar Hoover Building                         )<br>935 Pennsylvania Avenue, N.W.            )<br>Washington, DC 20535                            )<br>           Defendants.                                   )<br>_____ ) | Civil Action No. 07-0349 (RJL)<br>Electronic Case Filing |

ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Marian L. Borum as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4810
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov