UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA REYES,                                       ) | |
|             Plaintiff,                      ) | |
|     v.                                                   ) | Civil Action No. 07-0349 (RJL) |
| PHYLLIS HOWARD, District Director,  ) U.S. Citizenship and Immigration Services, et al. ) | |
|             Defendants.                ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for good cause shown, hereby respectfully move for an enlargement of time of thirty (30) days, up to and including May 23, 2007, in which to answer, move or otherwise respond to plaintiff's complaint. Defendants' reply would otherwise be due on April 23, 2007. As grounds for this Motion Defendants state as follows:

This matter pertains to plaintiff's Verified Complaint for Mandamus and Declaratory Judgment seeking adjudication of plaintiff's I-485 application for adjustment of status, which is pending before U.S. Citizenship and Immigration Services ("USCIS"). Prior to the adjudication of plaintiff's application, mandatory criminal and national security background checks, including a name check by the Federal Bureau of Investigation ("FBI"), must be completed. Therefore, undersigned counsel was in contact with agency counsel from both the USCIS and FBI in order to gather the necessary information to complete a response to plaintiff's Complaint

On April 13, 2007, undersigned counsel received information from agency counsel from the FBI. On that date, undersigned counsel contacted agency counsel from USCIS and learned

from his voice mail message that he would be out of the office until April 24, 2007.  On that date, undersigned counsel contacted agency counsel's first and second line supervisors and left messages for them to return the call.  Having received no response, on April 17, 2007, undersigned counsel again contacted agency counsel's first line supervisor.  The first line supervisor is attempting to assist in this matter.  However, as a result, undersigned counsel will be unable to respond to plaintiff's Complaint by April 23, 2007.

Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with plaintiff's counsel regarding the filing of this motion.  Plaintiff's counsel objects to this motion.  This is the defendants' first request for an enlargement of time in this matter.  As there are no pending deadlines, this enlargement will not affect any other deadlines in this matter.

For the reasons cited above, and to ensure that defendants' have sufficient time to prepare the materials to carry their burden in this case, defendants respectfully request that the enlargement of time to move, answer or otherwise respond to plaintiff's Complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of April, 2007, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff's counsel:

Thomas K. Ragland
Maggio & Kattar
11 Dupont Circle, N.W.
Suite 775
Washington, D.C.  20036


      /s/
      MARIAN L. BORUM
      Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA REYES,**  )<br>  )<br> **Plaintiff,**  )<br>  )<br> v.  )<br>  )<br> **PHYLLIS HOWARD, District Director,**  )<br> **U.S. Citizenship and Immigration Services, et al.**  )<br>  )<br> **Defendants.**  )<br>_____)| Civil Action No. 07-0349 (RJL) |

## **ORDER**

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including May 23, 2007 in which to answer, move or otherwise respond to plaintiff's Complaint.


Date _____       _____
                              UNITED STATES DISTRICT JUDGE

Copies to:

    Marian L. Borum
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Civil Division
    Washington, DC  20530

    Thomas K. Ragland
    Maggio & Kattar
    11 Dupont Circle, N.W.
    Suite 775
    Washington, D.C.  20036