**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MARIA REYES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No. 07-0349 (RJL)** |
| **PHYLLIS HOWARD, District Director,** | ) | |
| **U.S. Citizenship and Immigration Services, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Maria Reyes and Defendants, Phyllis Howard, District Director, U.S. Citizenship

and Immigration Services, et al., pursuant Federal Rule of Procedure 41, stipulate and agree to

the dismissal of this action with prejudice and with each party bearing its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ _____ | /s/ _____ |
| THOMAS K RAGLAND | JEFFREY A. TAYLOR |
| D.C. Bar No. 501021 | D.C. Bar No. 498610 |
| 11 Dupont Circle, N.W., Suite 775 | UNITED STATES ATTORNEY |
| Washington, D.C.  20036 | |
| 202-483-0053 | /s/ _____ |
| Counsel for Plaintiff | RUDOLPH CONTRERAS |
| | D.C. Bar No. 434122 |
| | Assistant United States Attorney |
| | |
| | /s/ _____ |
| | MARIAN L. BORUM |
| | D.C. Bar No. 435409 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W.-Civil Division |
| | Washington, D.C.  20530 |
| | 202-514-6531 |
| | Counsel for Defendants |

Dated: May 21, 2007